**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CHAD L. FINK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 1:02-CV-202-2 (WLS) |
| | : | |
| CHARLES D. HOBBS and | : | |
| BARTON G. PITTS, | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

**ORDER**

A Motion for Partial Summary Judgment has been filed herein by Plaintiff. (Doc. No. 20). Upon reviewing the case file, the Court notes Defendant Barton G. Pitts is proceeding pro se and has not submitted a response to Plaintiff's motion. In cases such as this, where a motion to dismiss or a motion for summary judgment is filed against a party who is proceeding pro se, it is the Court's practice to inform the pro se party, in writing, of both the requirements surrounding a motion for summary judgment and the potential consequences for failure to properly respond. The Court deems it appropriate and necessary to take this opportunity to do so in order to insure that a pro se defendant receive adequate notice (1) that a motion for summary judgment has been filed against him in this case, (2) that he has the right to oppose the granting of said motion, and (3) that failure to oppose said motion may result in a final judgment being rendered against him, he is **NOTIFIED** as follows:

> Rule 56 of the Federal Rules of Civil Procedure provides that a motion for summary judgment may be filed and granted if there exists no genuine issue of material fact for trial.

Under the procedures and policies of this Court, motions for summary judgment are normally decided on briefs. The parties may submit their argument to the Court by filing briefs in support of or briefs in opposition to such motions.

If a party fails or refuses to file any materials in opposition to a motion for summary judgment, a **FINAL** judgment may be rendered against that party if otherwise appropriate under the law. In that event, **there would be no trial or any further proceedings**.

Accordingly, it is hereby **ORDERED** that Defendant Barton G. Pitts may file a response to Plaintiff's Motion for Partial Summary Judgment (Doc. No. 20) in accordance with Rule 56 of the Federal Rules of Civil Procedure **WITHIN TWENTY (20) DAYS** of the date of this Order.

**SO ORDERED**, this  22nd  day of July, 2005.

    /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**