# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| CHAD FINK, | : | |
| Plaintiff, | : | |
| vs. | : | 1:02-CV-202-2 (WLS) |
| BARTON PITTS, et. al. | : | |
| Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Motion to Narrow the Issues. (Doc. 29). Plaintiff moves the Court to delete and remove Count I (Declaratory Judgment), Count II (Specific Performance), Count III (Breach of Roundabout Operating Agreement), Count IV (Breach of Fiduciary Duty), Count V (Breach of Land Center Partnership Agreement), and Count VII (Dissolution) from the Complaint and dismiss the same without prejudice. Count VI (Promissory Note) remains before the Court. *Id*. The Court held a pre-trial hearing on the instant motion on December 21, 2005, at which time Defendants stated they had no objection to said motion. For the foregoing reasons, the Court **GRANTED** Plaintiff's Motion (Doc. 29) and orally **DISMISSED WITHOUT PREJUDICE** Counts I, II, III, IV, V, and VII from the Complaint.

**SO ORDERED**, this  22nd  day of December, 2005.

/s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

1