**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| CHAD FINK, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:02-CV-202-2 (WLS) |
| : | |
| BARTON PITTS, et. al., : | |
| : | |
| Defendants : | |
| : | |

**ORDER**

Based on the status of the case and the parties' representation at the pretrial conference held on December 14, 2005, the Court believes this case to be one which may benefit from and may be appropriate for mediation. This case is presently scheduled for trial in this Court for the week of **Tuesday, January 17, 2006** or as soon thereafter during the Court's term as may be ordered. Counsel for parties and pro se Plaintiffs shall confer and thereafter contact United States Magistrate Judge Richard L. Hodge for a date and time for said mediation to take place prior to the scheduled trial date. Each party shall have present at said mediation, a party representative capable of final decision with regard to settlement. If settlement is not reached, the captioned case shall proceed to trial during the present term as scheduled.

**SO ORDERED**, this   9th   day of January, 2006.

                                    /s/W. Louis Sands
                                    **W. LOUIS SANDS, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT**